CURRIER v. ROSEFF.

(Supreme Court, Appellate Term. December 28, 1899.)

APPEAL AND ERROR—RECORD—SUFFICIENCY—JURISDICTION.

A judgment of the municipal court in favor of plaintiff will be reversed when the record does not show that defendant resides within the territorial jurisdiction of the trial court, and the defendant attacks the judgment on that ground.

Appeal from municipal court, borough of Manhattan, First district.

Action by Alfred H. Currier against Samuel Roseff. From a judgment in favor of plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Charles Cohn, for appellant.

John Callahan, for respondent.

PER CURIAM. It nowhere appearing in the record that the defendant is a resident within the jurisdiction of the trial court, and the judgment having been attacked upon that ground, it must be reversed.

Judgment reversed, new trial ordered, with costs to the appellant to abide the event.

---

PASCARELA v. MANELLO.

(Supreme Court, Appellate Term. December 28, 1899.)

APPEAL—AFFIRMANCE.

A judgment will be affirmed on appeal, where the record discloses a conflict of evidence on a disputed question of fact, and it does not appear that any objections were made or exceptions taken to the reception or rejection of evidence by the trial court, or that injustice has been done.

Appeal from municipal court, borough of Manhattan, Second district.

Action by Ludivico Pascarela against Angello Manello. From a judgment in favor of plaintiff, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

George C. D'Arcy, for appellant.

Rowan & Creedon, for respondent Italian Emigrant Aid Soc.

FREEDMAN, P. J. The record in this case discloses nothing but a conflict of evidence upon a disputed question of fact. No objections were made nor exceptions taken to the reception or exclusion of any of the testimony, nor does it appear that injustice has been done. The judgment must therefore be affirmed.

Judgment affirmed, with costs. All concur.